Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ Eastern District of Texas _____

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy               06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Education Station, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Education Station Academy |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 1 7 0 4 8 3 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 712 Main St.<br>Number      Street | P. O. Box  157<br>Number      Street |
| Lavon, TX 75166<br>City                              State     ZIP Code | Lavon, TX  75166-0157<br>City                              State     ZIP Code |
| Collin<br>County | **Location of principal assets, if different from principal place of business** |
| | Number      Street |
| | City                              State     ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor _____Education Station, LLC_____     Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                              MM / DD / YYYY

          District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                   MM / DD / YYYY

         Case number, if known _____

Debtor    Education Station, LLC _____    Case number *(if known)* _____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street

_____

_____    _____    _____
City                             State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor ___Education Station, LLC_____   Case number (if known) _____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/29/2023__
        MM/ DD/ YYYY

X _/s/ Gary Richey_____                  Gary Richey_____
   Signature of authorized representative of debtor       Printed name

Title _____General Manager & Director_____

**18. Signature of attorney**

X _____/s/ Robert T DeMarco_____    Date __12/29/2023_____
   Signature of attorney for debtor               MM/ DD/ YYYY

_Robert T DeMarco_____
Printed name

_DeMarco Mitchell, PLLC_____
Firm name

_500 N. Central Expressway Suite 500_____
Number       Street

_Plano_____  _TX_____  _75074_____
City                          State     ZIP Code

_(972) 578-1400_____  _robert@demarcomitchell.com_____
Contact phone                     Email address

_24014543_____  _TX_____
Bar number                      State

Fill in this information to identify the case:

Debtor name        Education Station, LLC

United States Bankruptcy Court for the:
       Eastern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration  List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/29/2023 _____
      MM/ DD/ YYYY

X   /s/ Gary Richey _____
     Signature of individual signing on behalf of debtor

   Gary Richey _____
   Printed name

   General Manager & Director _____
   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Education Station, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Conerstone Private School, Inc c/o Bart Abbott 120 South Birmingham Street Wylie, TX 75098 | | Deed of Trust | Contingent Disputed | | | $215,000.00 |
| 2 | Gary Richey P.O. Box 157 Lavon, TX 75166 | | Monies Loaned | | | | $15,032.78 |
| 3 | Master Card PO Box 6411 The Lakes, NV 88901-6411 | | Credit Card | | | | $2,932.28 |
| 4 | One World Bank c/o Thomas C. Self, PC 5335 Spring Valley Rd. Dallas, TX 75254 | | Business Debt | | | | $705,443.64 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor ____Education Station, LLC_____     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 2

**Attorney General of the United States**
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

**Capital One**
PO Box 25030
Richmond, VA 23260

**Conerstone Private School, Inc**
c/o Bart Abbott
120 South Birmingham Street
Wylie, TX 75098

**DeMarco Mitchell, PLLC**
500 N. Central Expressway Suite 500
Plano, TX 75074

**Gary Richey**
P.O. Box 157
Lavon, TX 75166

**Home Tax Solutions, LLC**
45849 Greenville Ave. Suite 1265
Dallas, TX 75206

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**IRS**
PO Box 8010
Cincinnati, OH 45280

**Joyce W. Lindauer, PLLC**
1412 Main Street Suite 500
Dallas, TX 75202

**Kurz Group, Inc**
8330 Douglas Ave. Ste. 1370 LB 21
Dallas, TX 75225

**Linebarger, Goggan, Blair &
Sampson, LLP**
2777 N Stemmons Fwy Ste 1000
Dallas, TX 75207-2328

**Master Card**
PO Box 6411
The Lakes, NV 88901-6411

**NPC**
7881 West 105th St. Suite 200
Tinley Park, IL 60477

**Office of the Attorney General**
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

**Office of the United States
Trustee**
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

**One World Bank**
PO Box 29819
Dallas, TX 75229

**One World Bank**
2449 Walnut Hill Lane
Dallas, TX 75229

**One World Bank**
c/o Thomas C. Self, PC
5335 Spring Valley Rd.
Dallas, TX 75254

**Propel Financial Services**
7990 IH 10 West Suite 200
San Antonio, TX 78230

**Richardson Fire Equipment**
PO Box 835724
Richardson, TX 75083

**SEC**
100 F Street
Washington, DC 20549

**Sunbeam Foods**
PO Box 570490
Dallas , TX 75357

**Texas Comptroller of Public Accounts**
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

**Texas Comptroller of Public Accounts**
PO Box 12548, MC-008
Austin, TX 78711-2548

**Texas Workforce Commission**
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

**United States Attorney**
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

**United States Trustee**
110 North College Ave., Ste. 300
Tyler, TX 75702-7231

**White Eagle Water System**
2306 FM 36 S
Caddo Mills, TX 75135

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Education Station, LLC**                                    CASE NO

                                                                    CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____12/29/2023____     Signature _____ /s/ Gary Richey _____
                                              Gary Richey, General Manager & Director

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:                                                    CHAPTER **11**
**Education Station, LLC**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Gary Richey | | 51% | Member |
| Connie Richey | | 49% | Member |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**General Manager & Director**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/29/2023**                    Signature: /s/ Gary Richey

Gary Richey, General Manager & Director